THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 01-01155 DDP |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| William Dwight Daane, | ) | Courtroom: 3 |
| | ) | Hon. Dean D. Pregerson |
| Defendant. | ) | |
| _____ | ) | |

    GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendant's Motion for Early Termination of Supervised Release is granted. Defendant William Daane's supervised release is hereby terminated.

Dated: <u>April 21, 2008</u>

_____
Hon. Dean D. Pregerson
U.S. District Judge

cc: USPO